ELIZA T. BRUSH, Respondent, *v.* GEORGE W. BATTEN, Sheriff, etc., Appellant.

(Argued June 16, 1892; decided October 1, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order

made April 14, 1888, which affirmed an interlocutory judgment in favor of plaintiff, which affirmed an order denying a motion for a new trial.

*Frank Brundage* for appellant.

*E. M. Ashley* for respondent.

Agree to affirm; no opinion.
All concur, except BRADLEY and HAIGHT, JJ., not sitting, and PARKER, J., not voting.
Judgment affirmed.